BLANCHE V. LANDEMAN, Respondent, v. MICHAEL H. CROSBY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

BLANCHE V. LANDEMAN, Respondent, v. MICHAEL H. CROSBY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

CHRISTIAN HUNDERTPFUND, Respondent, v. AMERICAN MUSEUM OF NATURAL HISTORY et al., Appellants.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

JOHN J. BARONE, Appellant, v. CLARA M. BARONE, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

PHILIP ROTH et al., Copartners Doing Business as STUYVESANT FIXTURE Co., Respondents, v. STEINLAUF-SIGAL CORPORATION, Appellant. Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

JOHN MASON, Respondent, v. DUCHESS MUSIC CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

HERMAN WENNEMER, INC., Respondent, v. JOHN T. BRADY & CO., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

KATHERINE CARROLL, as Administratrix of the Estate of WILLIAM F. CARROLL, Deceased, Respondent, v. DOWNTOWN STORAGE WAREHOUSE Co., INC., et al., Appellants.— Order unanimously affirmed, with $10 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

KATHERINE CARROLL, as Administratrix of the Estate of WILLIAM F. CARROLL, Deceased, Respondent, v. DOWNTOWN STORAGE WAREHOUSE Co., INC., et al., Appellants.— Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK E. VOGEL, JR., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 140 RIVERSIDE DRIVE CORP., Respondent, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Appellants. [140 Riverside Drive, Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

In the Matter of NEW YORK COFFEE AND SUGAR EXCHANGE, INC., Appellant. ISIDORE SHAINMARK et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. Although different calculations might be made on the record, there is no basis under the law for the rent increase and the petition was properly dismissed. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

In the Matter of SOLOMON WEINGARTEN, an Attorney.— Motion granted to the extent and on condition stated in order. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.